IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ERNEST R. GIBSON, JR.,**

    **Plaintiff,**

v.                                                 Case No. 4:19cv451-MW/HTC

**CENTRAL FLORIDA RECEPTION
CENTER, et al.,**

    **Defendant.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall **TRANSFER** this case to the United States District Court for the Middle District of Florida and close the file.

**SO ORDERED on November 5, 2019.**

                                              **s/ MARK E. WALKER**
                                              **Chief United States District Judge**

---

[1] While Plaintiff filed a motion for extension of time, ECF No. 6, he failed to advise this Court why he sought an extension. In the same document Plaintiff stated he concurred with the finding of the Magistrate Judge that proper jurisdiction for this case lies in the Middle District of Florida.